BRENT D. HUNTLEY, ESQ. #12405
**Huntley Law**
8275 South Eastern Avenue, Suite 200-220
Las Vegas, Nevada 89123
Telephone: (702) 849-2598
Email: brent@huntleynv.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA WEAVER, an individual;<br><br>        Plaintiff,<br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>        Defendants. | Case No.: 2:23-cv-00255<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

    IT IS HEREBY STIPULATED AND AGREED to by the parties, through their respective counsel of record, that Plaintiff's Complaint [ECF No. 1] be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

    Due to the dismissal, all pending deadlines may be vacated.

    Dated this 27th day of December, 2023.

| | |
|---|---|
| MARQUIS AURBACH | HUNTLEY LAW |
| By: */s/ Brian Hardy*<br>Brian Hardy<br>W. Reese Levins<br>10001 Park Run Dr.<br>Las Vegas, NV 89145<br>*Attorneys for Nye County* | By: */s/ Brent D. Huntley*<br>Brent D. Huntley<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

December 28, 2023
_____
DATE



Tuala Rusk <tuala@teezparalegal.com>

## FW: Weaver v. Nye County

brent huntley <brent@huntleynv.com>                                           Wed, Dec 27, 2023 at 11:31 AM
To: Tuala Rusk <tuala@teezparalegal.com>

Sincerely,

## Brent D. Huntley, Esq.

[Huntley Law](#)

[8275 S. Eastern Ave. #200-220](#)

[Las Vegas, NV 89123](#)

(702) 849-2598

[brent@huntleynv.com](#)

This message and any attached documents contain information from Huntley Law that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message

**From:** Brian R. Hardy <bhardy@maclaw.com>
**Sent:** Wednesday, December 27, 2023 10:21 AM
**To:** brent huntley <brent@huntleynv.com>; Reese Levins <rlevins@maclaw.com>
**Subject:** RE: Weaver v. Nye County

Approved.  You can affix my signature.

Brian



**Brian R. Hardy, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.207.6097

f | 702.382.5816

bhardy@maclaw.com

maclaw.com



 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys

---

**From:** brent huntley <brent@huntleynv.com>
**Sent:** Wednesday, December 27, 2023 10:06 AM
**To:** Reese Levins <rlevins@maclaw.com>; Brian R. Hardy <bhardy@maclaw.com>
**Subject:** Weaver v. Nye County

Stipulation for your review. Let me know if we can affix your electronic signature and file? Thank you.

Sincerely,

## Brent D. Huntley, Esq.

**Huntley Law**

8275 S. Eastern Ave. #200-220

Las Vegas, NV 89123

(702) 849-2598

brent@huntleynv.com

This message and any attached documents contain information from Huntley Law that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

 **WEAVER.NYE.SAO TO DISMISS.docx**
45K